United States District Court

For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CASTLE & COOKE MADERA, INC., CASTLE & COOKE CALIFORNIA, INC., AG 1970, INC., AG 1971, INC.;

    Plaintiffs,

  v.

MACKENZIE PATTERSON FULLER, INC., SUTTER OPPORTUNITY FUND 3, LLC, MP FALCON FUND, LLC., MP FALCON GROWTH FUND 2, LLC, MPF DEWAAY PREMIER FUND LLC, MP INCOME FUND 17, LLC, MPF INCOME FUND 20, LLC, MP INCOME FUND 12, LP, MP VALUE FUND 6, LLC. MACKENZIE PATTERSON SPECIAL FUND 6, LLC, MACKENZIE PATTERSON SPECIAL FUND 6-A, LLC, MACKENZIE PATTERSON SPECIAL FUND 7, LLC, ACCELERATED HIGH YIELD INSTITUTIONAL FUND, LTD., LP, ACCELERATED HIGH YIELD INSTITUTIONAL INVESTORS, LTD, LP, MACKENZIE SPECIFIED INCOME FUND, LP, LEON G. FETERL and MARILYN R. FETERL, as trustees of the LEON G. FETERL LIVING TRUST, CHRISTOPHER HAYES, WALTER HAYES III, BARBARA J. HERROLD, LASALLE NATIONAL TRUST, as the executor of the ESTATE OF LILA RADWAY, ALEX DONNER, JOHN L. FRENCH, as the personal representative of the ESTATE OF HOWARD H. FITZGERALD II, ANCHOR TRUST, as trustee of the ROBERT E. HAUGAN REVOCABLE TRUST, GREGORY J. GUGGEMOS, as trustee of the WILBUR C. HERBST TRUST, JOHN MARSHALL, GWEN P. THOMPSON, as personal representative of the estate of DAGMAR B. NEWSTROM, ANN KATHLEEN PETERS, PARAMOUNT COFFEE CO., INC., MARTIN SCHLISSBERG, as trustee of the ISF/PCC TRUST PARAMOUNT COFFEE CO, INC., and DOES 1–10,

    Defendants.

No. C 05-05278 WHA

**ORDER DENYING STIPULATED REQUEST TO CHANGE TIME AND SETTING NEW CASE MANAGEMENT DATE**

The March 9, 2006, hearing on the petition to compel arbitration and to stay the litigation by defendants MacKenzie Patterson Fuller, Inc., Sutter Opportunity Fund 3, LLC, MP Falcon Fund, LLC, MP Falcon Growth Fund 2, LLC, MPF Dewaay Premier Fund LLC, MP Income Fund 17, LLC, MPF Income Fund 20, LLC, MP Income Fund 12, LP, MP Value Fund 6, LLC, MacKenzie Patterson Special Fund 6, LLC, MacKenzie Patterson Special Fund 6-A, LLC, MacKenzie Patterson Special Fund 7, LLC, Accelerated High Yield Institutional Fund, Ltd., LP, Accelerated High Yield Institutional Investors, Ltd., LP, and MacKenzie Specified Income Fund, LP, is **VACATED**.

**AT 8 A.M., MARCH 9, 2006**, all parties to the litigation are **ORDERED TO APPEAR** for a case management conference. Plaintiffs are **ORDERED** to ensure that all parties are represented at the hearing. During the hearing, the Court will set a more expeditious schedule for this case than the one proposed in the stipulated request for order changing time dated February 23, 2006. Please submit your joint case management statement by **MARCH 6, 2006**.

**IT IS SO ORDERED.**

Dated: February 24, 2006.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

2