**United States District Court**
For the Northern District of California

1

2

3

4

5

6                    IN THE UNITED STATES DISTRICT COURT

7

8                    FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10   CASTLE & COOKE MADERA, INC., CASTLE &
     COOKE CALIFORNIA, INC., AG 1970, INC., AG 1971,
11   INC.;                                                    No. C 05-05278 WHA

12              Plaintiffs,

13        v.                                                  **ORDER DENYING**
                                                              **REQUEST TO**
14   MACKENZIE PATTERSON FULLER, INC., SUTTER                 **APPEAR BY**
     OPPORTUNITY FUND 3, LLC, MP FALCON FUND,                 **TELEPHONE AT**
15   LLC., MP FALCON GROWTH FUND 2, LLC, MPF                  **CASE**
     DEWAAY PREMIER FUND LLC, MP INCOME FUND                  **MANAGEMENT**
16   17, LLC, MPF INCOME FUND 20, LLC, MP INCOME              **CONFERENCE**
     FUND 12, LP, MP VALUE FUND 6, LLC. MACKENZIE
17   PATTERSON SPECIAL FUND 6, LLC, MACKENZIE
     PATTERSON SPECIAL FUND 6-A, LLC, MACKENZIE
18   PATTERSON SPECIAL FUND 7, LLC, ACCELERATED
     HIGH YIELD INSTITUTIONAL FUND, LTD., LP,
19   ACCELERATED HIGH YIELD INSTITUTIONAL
     INVESTORS, LTD, LP, MACKENZIE SPECIFIED
20   INCOME FUND, LP, LEON G. FETERL and
     MARILYN R. FETERL, as trustees of the LEON G.
21   FETERL LIVING TRUST, CHRISTOPHER HAYES,
     WALTER HAYES III, BARBARA J. HERROLD,
22   LASALLE NATIONAL TRUST, as the executor of the
     ESTATE OF LILA RADWAY, ALEX DONNER, JOHN
23   L. FRENCH, as the personal representative of the ESTATE
     OF HOWARD H. FITZGERALD II, ANCHOR TRUST,
24   as trustee of the ROBERT E. HAUGAN REVOCABLE
     TRUST, GREGORY J. GUGGEMOS, as trustee of the
25   WILBUR C. HERBST TRUST, JOHN MARSHALL,
     GWEN P. THOMPSON, as personal representative of the
26   estate of DAGMAR B. NEWSTROM, ANN KATHLEEN
     PETERS, PARAMOUNT COFFEE CO., INC., MARTIN
27   SCHLISSBERG, as trustee of the ISF/PCC TRUST
     PARAMOUNT COFFEE CO, INC., and DOES 1–10,
28
                Defendants.
     _____/

The Court **DENIES** defendants' request to appear by telephone at the case management conference as defendants did not give a specific good reason to do so.

**IT IS SO ORDERED.**

Dated:  March 3, 2006.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

**United States District Court**
For the Northern District of California

2