IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CASTLE & COOKE MADERA, INC., et al.,<br><br>  Plaintiffs,<br><br>  v.<br><br>MACKENZIE PATTERSON FULLER, INC., et al.,<br><br>  Defendants.<br>                                                                              / | No. C 05-05278 WHA<br><br>**ORDER ALLOWING DEFENDANT GUGGEMOS TO APPEAR BY TELEPHONE AT CASE MANAGEMENT CONFERENCE** |

    Defendant Gregory J. Guggemos may appear by telephone at the case management conference this one time only. The Clerk will contact defendant at 517-336-0127 on March 9, 2006, at approximately 2:00 p.m.

**IT IS SO ORDERED.**

Dated: March 6, 2006.

                                              WILLIAM ALSUP<br>
                                              UNITED STATES DISTRICT JUDGE