IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CASTLE & COOKE MADERA, INC., et al.,

    Plaintiffs,

  v.

MACKENZIE PATTERSON FULLER, INC., et al.,

    Defendants.
                          /

No. C 05-05278 WHA

**ORDER PERMITTING DEFENDANTS LEON AND MARILYN FETERL TO APPEAR BY TELEPHONE AT CASE MANAGEMENT CONFERENCE**

      Defendants Leon and Marilyn Feterl, through their daughter, Molly Feterl, may appear by telephone at the case management conference for this one time only. The Clerk will contact Ms. Feterl at 612-799-0785 on Thursday, March 9, 2006, at approximately 2:00 p.m..

      **IT IS SO ORDERED.**

Dated: March 7, 2006.

WILLIAM ALSUP  
UNITED STATES DISTRICT JUDGE