United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CASTLE & COOKE MADERA, INC., CASTLE & COOKE CALIFORNIA, INC., AG 1970, INC., AG 1971, INC.;<br><br>Plaintiffs,<br><br>v.<br><br>MACKENZIE PATTERSON FULLER, INC.; SUTTER OPPORTUNITY FUND 3, LLC; MP FALCON FUND, LLC; MP FALCON GROWTH FUND 2, LLC; MPF DEWAAY PREMIER FUND LLC; MP INCOME FUND 17, LLC; MPF INCOME FUND 20, LLC; MP INCOME FUND 12, LP; MP VALUE FUND 6, LLC; MACKENZIE PATTERSON SPECIAL FUND 6, LLC; MACKENZIE PATTERSON SPECIAL FUND 6-A, LLC; MACKENZIE PATTERSON SPECIAL FUND 7, LLC; ACCELERATED HIGH YIELD INSTITUTIONAL FUND, LTD, LP; ACCELERATED HIGH YIELD INSTITUTIONAL INVESTORS, LTD, LP; MACKENZIE SPECIFIED INCOME FUND, LP; LEON G. FETERL and MARILYN R. FETERL, trustees of the LEON G. FETERL LIVING TRUST; CHRISTOPHER HAYES; WALTER HAYES III; BARBARA J. HERROLD; LASALLE NATIONAL TRUST, executor of the ESTATE OF LILA RADWAY; ALEX DONNER; JOHN L. FRENCH, personal representative of the ESTATE OF HOWARD H. FITZGERALD II; ANCHOR TRUST, trustee of the ROBERT E. HAUGAN REVOCABLE TRUST; GREGORY J. GUGGEMOS, trustee of the WILBUR C. HERBST TRUST; JOHN | No. C 05-05278 WHA<br><br>**REQUEST** |

**United States District Court**
For the Northern District of California

MARSHALL;  GWEN P. THOMPSON, personal representative of the estate of DAGMAR B. NEWSTROM;  ANN KATHLEEN PETERS;  PARAMOUNT COFFEE CO., INC.;  MARTIN SCHLISSBERG, trustee of the ISF/PCC TRUST PARAMOUNT COFFEE CO, INC.; and DOES 1–10,

        Defendants.
_____/

Certain parties in this action recently stipulated that the petition for an order compelling arbitration and staying litigation made by MacKenzie Patterson Fuller, Inc. and defendants related to it constituted a timely response to the cross-claim against them. They ask the Court to order that the petition is such a timely response.

The petition was filed *before* the cross-claim. How then can it be a *response* to the cross-claim? Also, it is unclear if defendants mean "answer" when they talk about a "response" to the cross-claim. An answer is the pleading that Federal Rule of Civil Procedure 7(a) requires in response to a cross-claim.

The parties who signed onto the stipulation are **REQUESTED TO CLARIFY THESE POINTS**.

**IT IS SO ORDERED.**

Dated: April 3, 2006

                                          WILLIAM ALSUP
                                          UNITED STATES DISTRICT JUDGE