1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CASTLE & COOKE MADERA, INC., a California corporation, *et al.*, | ) ) ) | Case No. C-05-5278-WHA |
| Plaintiff, | ) ) ) | [~~PROPOSED~~] ORDER APPROVING SUBSTITUTION OF ATTORNEY |
| vs. | ) ) | |
| MACKENZIE PATTERSON FULLER, INC., a California corporation, *et al.*, | ) ) ) ) | |
| Defendants. | ) ) | |

1

The Court hereby orders that the request of defendants LEON G. FETERL and MARILYN R. FETERL, in their capacity as Trustees of the LEON G. FETERL LIVING TRUST, to substitute JOHN A. CASE, JR., California State Bar number 126671, of the Law Offices of John A. Case, Jr., 1880 Century Park East, Suite 516, Los Angeles, California 90067, telephone number (310) 203-3911, as their attorney of record in their place and stead, is hereby GRANTED.

DATED: 4/10/06

By:_____
    United States District Judge
    WILLIAM ALSUP

ORDER APPROVING SUBSTITUTION OF ATTORNEY C-05-5278-WHA

1  PRESENTED BY:

2  JOHN A. CASE, JR. (126671)
   LAW OFFICES OF JOHN A. CASE, JR.
3  1880 Century Park East, Suite 516
   Los Angeles, California 90067
4  (310) 203-3911, fax (310) 203-3915

5

6  By: _____
           John A. Case, Jr.
7
   Attorneys for Defendants and
8  Cross-Claimants BARBARA J. HERROLD,
   an individual; LASALLE BANK N.A.,
9  solely as Trustee of the LILA M.
   RADWAY TRUST and not individually;
10 ELLEN R. DONNER, an individual, as
   Personal Representative of the ESTATE
11 of ALEX DONNER; JOHN L. FRENCH, an
   individual, as Personal Representative
12 of the ESTATE OF HOWARD H. FITZGERALD II;
   ANCHOR TRUST, a division of Anchor
13 Bank, West St. Paul, N.A., as Corporate
   Trustee of the ROBERT E. HAUGAN TRUST;
14 and LEON G. FETERL and MARILYN R. FETERL,
   individuals, solely as Trustees of the
15 LEON G. FETERL LIVING TRUST

16

17

18

19

20

21

22

23

24

25

26

27

28