1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CASTLE & COOKE MADERA, INC., a California corporation, *et al.*,<br><br>Plaintiff,<br><br>vs.<br><br>MACKENZIE PATTERSON FULLER, INC., a California corporation, *et al.*,<br><br>Defendants. | Case No. C-05-5278-WHA<br><br>[PROPOSED] ORDER APPROVING SUBSTITUTION OF ATTORNEY |

1

1       The Court hereby orders that the request of defendants
2  LEON G. FETERL and MARILYN R. FETERL, in their capacity as Trustees
3  of the LEON G. FETERL LIVING TRUST, to substitute JOHN A. CASE,
4  JR., California State Bar number 126671, of the Law Offices of John
5  A. Case, Jr., 1880 Century Park East, Suite 516, Los Angeles,
6  California 90067, telephone number (310) 203-3911, as their
7  attorney of record in their place and stead, is hereby GRANTED.

9  DATED:  4/10/06

11 By: _____
12     United States District Judge
       WILLIAM ALSUP



2

PRESENTED BY:

JOHN A. CASE, JR. (126671)
LAW OFFICES OF JOHN A. CASE, JR.
1880 Century Park East, Suite 516
Los Angeles, California 90067
(310) 203-3911, fax (310) 203-3915


By: _____
     John A. Case, Jr.

Attorneys for Defendants and Cross-Claimants BARBARA J. HERROLD, an individual; LASALLE BANK N.A., solely as Trustee of the LILA M. RADWAY TRUST and not individually; ELLEN R. DONNER, an individual, as Personal Representative of the ESTATE of ALEX DONNER; JOHN L. FRENCH, an individual, as Personal Representative of the ESTATE OF HOWARD H. FITZGERALD II; ANCHOR TRUST, a division of Anchor Bank, West St. Paul, N.A., as Corporate Trustee of the ROBERT E. HAUGAN TRUST; and LEON G. FETERL and MARILYN R. FETERL, individuals, solely as Trustees of the LEON G. FETERL LIVING TRUST

3

ORDER APPROVING SUBSTITUTION OF ATTORNEY C-05-5278-WHA