UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CASTLE & COOKE MADERA, INC., et al.,

        Plaintiffs,

        v.

MACKENZIE PATTERSON, et al.,

        Defendants.

                                /

Case No. C05-05278 WHA

RECUSAL ORDER

TO ALL PARTIES AND COUNSEL OF RECORD:

This matter has been referred for settlement purposes. This Court recuses itself from hearing this matter.

IT IS SO ORDERED.

Dated: April 28, 2006

                                                      _____
                                                      ELIZABETH D. LAPORTE
                                                      United States Magistrate Judge