United States District Court
For the Northern District of California

1
2
3
4
5

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CASTLE & COOKE MADERA, INC., CASTLE & COOKE CALIFORNIA, INC., AG 1970, INC., AG 1971, INC.; | | No. C 05-05278 WHA |
| Plaintiffs, | | **ORDER RE STIPULATIONS FOR ENTRY OF JUDGMENT** |
| v. | | |
| MACKENZIE PATTERSON FULLER, INC.; SUTTER OPPORTUNITY FUND 3, LLC; MP FALCON FUND, LLC; MP FALCON GROWTH FUND 2, LLC; MPF DEWAAY PREMIER FUND LLC; MP INCOME FUND 17, LLC; MPF INCOME FUND 20, LLC; MP INCOME FUND 12, LP; MP VALUE FUND 6, LLC; MACKENZIE PATTERSON SPECIAL FUND 6, LLC; MACKENZIE PATTERSON SPECIAL FUND 6-A, LLC; MACKENZIE PATTERSON SPECIAL FUND 7, LLC; ACCELERATED HIGH YIELD INSTITUTIONAL FUND, LTD.; ACCELERATED HIGH YIELD INSTITUTIONAL INVESTORS, LTD.; MACKENZIE SPECIFIED INCOME FUND, LP; LEON G. FETERL and MARILYN R. FETERL, trustees of the LEON G. FETERL LIVING TRUST; CHRISTOPHER HAYES; WALTER HAYES III; BARBARA J. HERROLD; LASALLE NATIONAL TRUST, executor of the ESTATE OF LILA RADWAY; ALEX DONNER; JOHN L. FRENCH, personal representative of the ESTATE OF HOWARD H. FITZGERALD II; ANCHOR TRUST, trustee of the ROBERT E. HAUGAN REVOCABLE TRUST; GREGORY J. GUGGEMOS, trustee of the WILBUR C. HERBST TRUST; PARAMOUNT COFFEE CO.; MARTIN | | |

1  SCHLISSBERG, trustee of the ISF/PCC
   TRUST PARAMOUNT COFFEE CO;  and
2  DOES 1–10,

3          Defendants.
                                                    /
4

5          The Court has received the proposed judgments and stipulations for entry of judgment

6  between certain defendants.  The Court is reluctant to authorize distribution of any funds

7  deposited with the Clerk until the entire case is resolved, to ensure that every claimant gets a

8  proper share.  If the parties with to proceed otherwise, they must submit briefs on the issue by

9  **NOON, JUNE 1, 2006**.

11         **IT IS SO ORDERED.**

13  Dated: May 24, 2006
                                                          _____
14                                                        WILLIAM ALSUP
                                                          UNITED STATES DISTRICT JUDGE