**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CASTLE & COOKE MADERA, INC., ET AL.; | No. C 05-05278 WHA |
| Plaintiffs, | |
| v. | **ORDER** |
| MACKENZIE PATTERSON FULLER, INC., ET AL., | |
| Defendants. | |

The following order supercedes the order dated June 2, 2006. Only the due dates are different.

The MacKenzie defendants[*] and plaintiffs are **ORDERED TO FILE SUPPLEMENTAL BRIEFS** addressing the argument of defendants Leon G. Feterl and Marilyn R. Feterl; Barbara J. Herrold, Lasalle National Trust, Alex Donner, John L. French and Anchor Trust that "payment of funds deposited with the Court to the MacKenzie Defendants is premature, given that plaintiffs have not been discharged and may seek payment of their fees and costs from such funds as provided under federal law in connection with their interpleader action . . ." (Non-

---

[*] The MacKenzie defendants are MacKenzie Patterson Fuller, Inc.; Sutter Opportunity Fund 3, LLC; MP Falcon Fund, LLC; MP Falcon Growth Fund 2, LLC; MPF Dewaay Premier Fund LLC; MP Income Fund 17, LLC; MPF Income Fund 20, LLC; MP Income Fund 12, LP; MP Value Fund 6, LLC; MacKenzie Patterson Special Fund 6, LLC; MacKenzie Patterson Special Fund 6-A, LLC; MacKenzie Patterson Special Fund 7, LLC; Accelerated High Yield Institutional Fund, Ltd.; Accelerated High Yield Institutional Investors, Ltd.; MacKenzie Specified Income Fund, LP.

Settling Defs.' Resp. to MacKenzie Defs.' Br. Regarding Distribution of Funds at 2). The supplemental briefs are due at **NOON, TUESDAY, JUNE 13, 2006**.

Separately, the Court notes that defendant Alex Donner is dead and that his interests are represented by Ellen Donner, as personal representative of his estate. If no party objects by **NOON, FRIDAY, JUNE 9, 2006**, Ellen Donner will take his place in this litigation for all purposes.

**IT IS SO ORDERED.**

Dated: June 6, 2006

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

2