IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CASTLE & COOKE MADERA, INC., ET AL.;<br><br>    Plaintiffs,<br><br>  v.<br><br>MACKENZIE PATTERSON FULLER, INC., ET AL.,<br><br>    Defendants.<br>_____/ | No. C 05-05278 WHA<br><br>**ORDER DEFERRING DISTRIBUTION OF MONEY FROM COURT FUND** |

The request to distribute money from the fund deposited with the Clerk of the Court to the defendants who settled with MacKenzie Patterson Fuller, Inc., is **DENIED**, without prejudice to it being renewed after any motion to discharge is decided.

**IT IS SO ORDERED.**

Dated: June 12, 2006

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE