DANIEL S. FLOYD, SBN 123819
WILLIAM E. THOMSON, SBN 187912
MICHAEL E. BYERTS, SBN 218946
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, California 90071-3197
Telephone: (213) 229-7000
Facsimile: (213) 229-7520
dfloyd@gibsondunn.com

Attorneys for Plaintiffs CASTLE & COOKE MADERA, INC., a California corporation; CASTLE & COOKE CALIFORNIA, INC., a California corporation; AG 1970, INC., a California corporation, and AG 1971, INC., a California Corporation,

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CASTLE & COOKE MADERA, INC. et al., | NO. C 05-5278 WHA |
| Plaintiff, | [PROPOSED] PERMANENT INJUNCTION |
| v. | |
| MACKENZIE PATTERSON FULLER, INC. et al. | |
| Defendants. | |

Upon reviewing the record in this action, including the Plaintiffs' Motion for Discharge of Liability, and the pleading documents in the file with regard to this matter, the Court finds that Plaintiffs have filed a proper interpleader under 28 U.S.C. § 1335. They have further demonstrated entitlement to a discharge from liability and a permanent injunction. Accordingly,

## **PERMANENT INJUNCTION**

IT IS HEREBY ORDERED that:

1. Defendants MacKenzie Patterson Fuller, LP ("MPF") , Sutter Opportunity Fund 3, LLC, MP Falcon Fund, LLC, MP Falcon Growth Fund 2, LLC, MPF DeWaay Premier Fund, LLC, MP Income Fund 17, LLC, MP Income Fund 20, LLC, MP Income Fund 12, LP, MP Value Fund 6, LLC, MacKenzie Patterson Special Fund 6, LLC, MacKenzie Patterson Special Fund 6-A, LLC, MacKenzie Patterson Special Fund 7, LLC, Accelerated High Yield Institutional Fund, Ltd., LP, Accelerated High Yield Institutional Investors, Ltd., LP, and MacKenzie Specified Income Fund, LP ("MPF & Affiliates"), their agents, predecessor entities, partners, owners, shareholders, successors, officers, attorneys, subsidiary entities, parent entities, sister entities and assigns shall not file or prosecute any lawsuit against the plaintiffs in this action, their agents, predecessor entities, partners, owners, shareholders, successors, officers, attorneys, subsidiary entities, parent entities, sister entities and assigns, relating to or arising out of (a) the tender offers Plaintiff Castle & Cooke Madera, Inc. made to owners of partnership units in Apache Grove Land Program 1970 and Apache Grove Land Program 1971 on or about August 17, 2005, (b) the tender offers MPF made to owners of partnership units in Apache Grove Land Program 1970 and Apache Grove Land Program 1971 on or about September 27, 2004, and any purported extensions of those tender offers, and (c) the tender offers MPF & Affiliates made to owners of partnership units in Apache Grove Land Program 1970 and Apache Grove Land Program 1971 on or about June 29, 2005. The foregoing prohibition includes, but it is not limited to, the lawsuit MPF, Sutter Opportunity Fund 3, LLC, MP Falcon Fund, LLC, and MP Falcon

Growth Fund 2, LLC filed against Apache Grove Land Program 1970, Apache Grove Land Program 1971 and Dole Food Company, Inc. in the Superior Court for the County of Los Angeles on or about October 6, 2005, LASC Case Number BC341027.

    2.    Defendants Leon G. Feterl and Marilyn R. Feterl as Trustees of the Leon G. Feterl Living Trust, Christopher C. Hayes, Barbara J. Herrold, LaSalle National Bank N.A. as Trustee of the Lila M. Radway Trust, Ellen R. Donner[1] as Personal Representative of the Estate of Alex Donner, John L. French as the Personal Representative of the Estate of Howard H. Fitzgerald II, Anchor Trust, a division of Anchor Bank, West St. Paul, N.A. as Corporate Trustee of the Robert E. Haugan Trust, and Robert A. Morgan[2] as trustee of the Paramount Coffee Company Profit Sharing Trust, formerly known as the ISF/PCC Trust Paramount Coffee Co., Inc. their agents, predecessor entities, partners, owners, shareholders, successors, officers, attorneys, subsidiary entities, parent entities, sister entities and assigns shall not file or prosecute any lawsuit against the plaintiffs in this action, their agents, predecessor entities, partners, owners, shareholders, successors, officers, attorneys, subsidiary entities, parent entities, sister entities and assigns, relating to or arising out of (a) the tender offers Plaintiff Castle & Cooke Madera, Inc. made to owners of partnership units in Apache Grove Land Program 1970 and Apache Grove Land Program 1971 on or about August 17, 2005, (b) the tender offers MPF made to owners of partnership units in Apache Grove Land Program 1970 and Apache Grove Land Program 1971 on or about September 27, 2004, and any purported extensions of those tender offers, and (c) the tender offers MPF &

---

[1] Ellen R. Donner as Personal Representative of the Estate of Alex Donner, is the successor to defendant Alex Donner's interest in this litigation.

[2] Robert A. Morgan as trustee of the Paramount Coffee Company Profit Sharing Trust, formerly known as the ISF/PCC Trust Paramount Coffee Co., Inc., is the successor to defendant Martin Schlissberg's interest in this litigation as trustee of the ISF/PCC Trust Paramount Coffee Co., Inc.

1  Affiliates made to owners of partnership units in Apache Grove Land Program 1970
2  and Apache Grove Land Program 1971 on or about June 29, 2005.   The foregoing order
3  shall not apply to arbitration proceedings ordered by the Court.

6  Dated: __July 28, 2006__                    _____
7                                              Judge William Alsup
8                                              United States District Judge

10  presented by:
    GIBSON, DUNN & CRUTCHER LLP

13  By:_____/s/ William E. Thomson____
14            William E. Thomson
    Attorneys for Plaintiffs Castle & Cooke
15  Madera, Inc.; Castle & Cooke California,
    Inc.; AG 1970, Inc., & AG 1971, Inc.