IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CASTLE & COOKE MADERA, INC. ET AL, | No. C 05-05278 WHA |
| Plaintiff, | |
| v. | **REQUEST FOR SUPPLEMENTAL BRIEFING RE MOTION FOR DEFAULT JUDGMENT** |
| MACKENZIE PATTERSON FULLER, INC. ET AL, | |
| Defendant. | |

The MacKenzie defendants are ordered to provide a supplemental brief in support of their motion for entry of default judgment against defendant Christopher Hayes. The brief should address in *detail* the factors identified by the Ninth Circuit in *Eitel v. McCool*, 782 F.2d 1470, 1471–72 (9th Cir. 1986). The brief will be due by **NOON ON THURSDAY, OCTOBER 26, 2006.**

**IT IS SO ORDERED.**

Dated: October 23, 2006

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE