UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CASTLE & COOKE MADERA, INC., et al.,<br><br>            Plaintiffs,<br><br>  v.<br><br>MACKENZIE PATTERSON FULLER INC., et al.<br><br>            Defendants. | Case No: C 05-05278 WHA<br><br>*[Assigned to Hon. William H. Alsup]*<br><br>**[PROPOSED] JUDGMENT PURSUANT TO STIPULATION BETWEEN MACKENZIE PATTERSON FULLER, INC. ET AL. AND JOHN FRENCH, AN INDIVIDUAL, AS PERSONAL REPRESENTATIVE OF THE ESTATE OF HOWARD H. FITZGERALD II** |

LOSA1\170611.1

Pursuant to the Stipulation For Entry Of Judgment Between Mackenzie Patterson Fuller, Inc., *et al.* ("MacKenzie") and John French, an individual, as personal representative of the Estate Of Howard H. Fitzgerald II (the "Fitzgerald Estate"),

IT IS HEREBY ORDERED AND ADJUDGED THAT:

In full satisfaction of the claims in this action by and between MacKenzie and the Fitzgerald Estate, the Court Clerk shall pay the sum of $78,757 out of the amount deposited with the Court by Plaintiffs as follows:

    A.    The Court Clerk shall send to counsel for the Fitzgerald Estate a check in the amount of $48,378.50 made payable to "John A. Case, Jr. Client Trust Account"; and

    B.    The Court Clerk shall send to counsel for MacKenzie Patterson Fuller, Inc. a check in the amount of $30,378.50 made payable to "MacKenzie Patterson Fuller, Inc." The funds shall not be distributed by the Clerk until any motion to discharge is decided.

Dated: November 9, 2006

_____
Hon. William Alsup
UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED*
*Judge William Alsup*

1

LOSA1\170611.1