IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CASTLE & COOKE MADERA, INC. ET AL, | No. C 05-05278 WHA |
| Plaintiff, | |
| v. | **ORDER CLARIFYING ORDER AND JUDGMENT FILED ON NOVEMBER 9, 2006** |
| MACKENZIE PATTERSON FULLER, INC. ET AL, | |
| Defendant. / | |

On July 28, plaintiffs were discharged from this action after filing an unopposed motion to discharge. Accordingly, the Clerk may distribute the funds as set forth in the judgment and order filed on November 9, 2006 (Docket Nos. 142 and 143).

**IT IS SO ORDERED.**

Dated: November 13, 2006

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE