Antony E. Buchignani, SBN 186528
DLA PIPER US LLP
1999 Avenue of the Stars, Fourth Floor
Los Angeles, CA 90067
Telephone: 310.595.3000
Facsimile: 310.595.3300
antony.buchignani@dlapiper.com

Attorneys for Defendants
MACKENZIE PATTERSON FULLER, INC.;
SUTTER OPPORTUNITY FUND 3, LLC; MP
FALCON FUND, LLC; MP FALCON GROWTH
FUND 2, LLC; MPF DEWAAY PREMIER FUND,
LLC; MP INCOME FUND 17, LLC; MPF INCOME
FUND 20, LLC; MP INCOME FUND 12, LP; MP
VALUE FUND 6, LLC; MACKENZIE
PATTERSON SPECIAL FUND 6, LLC;
MACKENZIE PATTERSON SPECIAL FUND 6-A,
LLC; MACKENZIE PATTERSON SPECIAL FUND
7, LLC; ACCELERATED HIGH YIELD
INSTITUTIONAL FUND, LTD, LP;
ACCELERATED HIGH YIELD INSTITUTIONAL
INVESTORS, LTD, LP; MACKENZIE SPECIFIED
INCOME FUND, LP

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CASTLE & COOKE MADERA, INC., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>MACKENZIE PATTERSON FULLER INC., et al.<br><br>Defendants. | Case No: C 05-05278 WHA<br><br>*[Assigned to Hon. William H. Alsup]*<br><br>**NOTICE OF MOTION AND MOTION FOR ENTRY OF JUDGMENT PURSUANT TO THE ARBITRATOR'S FINAL AWARD**<br><br>**Date:** March 15, 2007<br>**Time:** 8:00 a.m.<br>**Courtroom:** 9 |

TO THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT on March 15, 2007 at 8:00a.m., or as soon thereafter as the matter may be heard in Courtroom 9 of the above-entitled court, located at 450 Golden Gate Avenue, San Francisco, California 94102-3483, Defendants MacKenzie Patterson Fuller, Inc.; Sutter Opportunity Fund 3, LLC, MP Falcon Fund, LLC; MP Falcon Growth Fund 2, LLC; MPF Dewaay Premier Fund, LLC; MP Income Fund 17, LLC; MPF Income FUND 20, LLC; MP Income Fund 12, LP; MP Value Fund 6, LLC; MacKenzie Patterson Special Fund 6, LLC; MacKenzie Patterson Special Fund 6-A, LLC; MacKenzie Patterson Special Fund 7, LLC; Accelerated High Yield Institutional Fund, Ltd., LP; Accelerated High Yield Institutional Investors, Ltd., LP; and MacKenzie Specified Income Fund, LP will and hereby do move this Court for entry of judgment pursuant to the Arbitrator's Final Award issued on January 30, 2007.

This Motion is based upon this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities, Declaration of Antony Buchignani, and [Proposed] Judgment, and the pleadings, files and other matters that may be presented at the hearing of this Motion.

Dated: February ___, 2007     DLA PIPER US LLP

By _____
Antony E. Buchignani, SBN 186528
Attorneys for MacKenzie Defendants

3