IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CASTLE & COOKE MADERA, INC., ET AL., | No. C 05-05278 WHA |
| Plaintiffs, | **NOTICE RE HEARING** |
| v. | |
| MACKENZIE PATTERSON FULLER, INC., ET AL., | |
| Defendants. | |

The Court is inclined to sign the proposed judgment only if doing so will resolve this case *without condition*. By **NOON** on **MONDAY, MARCH 12, 2007**, counsel shall file a statement indicating what remains to be done with respect to this action. In the meantime, counsel should be prepared to attend oral argument on March 15.

**IT IS SO ORDERED.**

Dated: March 9, 2007.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE