1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| CASTLE & COOKE MADERA, INC., et al., <br><br>Plaintiffs,<br><br>v.<br><br>MACKENZIE PATTERSON FULLER INC., et al.<br><br>Defendants. | Case No: C 05-05278 WHA<br><br>*[Assigned to Hon. William H. Alsup]*<br><br>[PROPOSED] **JUDGMENT PURSUANT TO ARBITRATOR'S AWARD** |
|---|---|

LOSA1\175083.1

1  Pursuant to the Final Award issued by arbitrator Harry W. Low on January 30, 2007,

2  IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:

3  Defendants and Cross-Claimants Barbara J. Herrold; Leon G. Feterl and Marilyn R. Feterl as trustees of the Leon G. Feterl Living Trust; LaSalle Bank N.A. as trustee of the Lila M. Radway Trust; Ellen R. Donner as personal representative of the Estate of Alex Donner; and Anchor Trust, a division Anchor Bank, West St. Paul, N.A., as corporate trustee of the Robert E. Haugan Trust (collectively, "Cross-Claimants") shall take nothing.

4  Defendants MacKenzie Patterson Fuller, Inc.; Sutter Opportunity Fund 3, LLC, MP Falcon Fund, LLC; MP Falcon Growth Fund 2, LLC; MPF Dewaay Premier Fund, LLC; MP Income Fund 17, LLC; MPF Income FUND 20, LLC; MP Income Fund 12, LP; MP Value Fund 6, LLC; MacKenzie Patterson Special Fund 6, LLC; MacKenzie Patterson Special Fund 6-A, LLC; MacKenzie Patterson Special Fund 7, LLC; Accelerated High Yield Institutional Fund, Ltd., LP; Accelerated High Yield Institutional Investors, Ltd., LP; and MacKenzie Specified Income Fund, LP (collectively "MacKenzie") shall recover all remaining funds deposited with the Court by Plaintiffs, which funds total $362,024.30. The Court Clerk shall send to counsel for MacKenzie a check in the amount of $362,024.30 made payable to "MacKenzie Patterson Fuller, LP"

LOSA1\175083.1

1  MacKenzie Patterson Fuller, LP shall recover the following amounts from
2  each Cross-Claimant separately (not joint liability):

3  • MacKenzie Patterson Fuller, LP shall recover from Barbara J. Herrold
4  the sum of $1,400.19

6  • MacKenzie Patterson Fuller, LP shall recover from LaSalle Bank
7  N.A. as trustee of the Lila M. Radway Trust the sum of $11,201.58

9  • MacKenzie Patterson Fuller, LP shall recover from Leon G. Feterl and
10  Marilyn R. Feterl as trustees of the Leon G. Feterl Living Trust the
11  sum of $11,201.58

13  • MacKenzie Patterson Fuller, LP shall recover from Anchor Trust, a
14  division Anchor Bank, West St. Paul, N.A., as corporate trustee of the
15  Robert E. Haugan Trust the sum of $8,730.02

17  • MacKenzie Patterson Fuller, LP shall recover from Ellen R. Donner
18  as personal representative of the Estate of Alex Donner the sum of
19  $14,773.33

The hearing on this motion is hereby VACATED. The clerk shall CLOSE THE FILE.

Dated: March 13, 2007

_____
Hon. William Alsup
UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED
Judge William Alsup

Submitted by:

Antony E. Buchignani, SBN 186528
DLA PIPER US LLP
1999 Avenue of the Stars, Fourth Floor
Los Angeles, CA 90067
Telephone: 310.595.3000
Facsimile: 310.595.3300
*antony.buchignani@dlapiper.com*

2

LOSA1\175083.1