IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CASTLE & COOKE MADERA, INC. ET AL, | No. C 05-05278 WHA |
| Plaintiffs, | |
| v. | **ORDER SETTING BRIEFING SCHEDULE** |
| MACKENZIE PATTERSON FULLER, INC. ET AL, | |
| Defendants. / | |

Any opposition or other response to the request to amend judgment filed by the MacKenzie defendants must be filed by **JUNE 11, 2007**. Any subsequent reply will be due by **JUNE 13, 2007**. Counsel for the MacKenzie defendants must immediately serve this order, the request, and the proposed amended judgment on any interested parties.

**IT IS SO ORDERED.**

Dated: June 4, 2007.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE